UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NATIONAL ALLIANCE FOR )
ACCESSIBILITY, INC. )
and DENISE PAYNE, )
)
   Plaintiffs, ) **JUDGMENT**
) No. 5:10-CV-375-FL
v. )
)
WAFFLE HOUSE, INC., )
)
   Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 29, 2011, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiff shall have and recover nothing of this action from defendant.

**This Judgment Filed and Entered on July 5, 2011, and Copies To:**

Jacqueline Yvonne London (via CM/ECF Notice of Electronic Filing)
Dexter Campbell (via CM/ECF Notice of Electronic Filing)
Katie Weaver Hartzog (via CM/ECF Notice of Electronic Filing)

July 5, 2011       DENNIS P. IAVARONE, CLERK
             /s/ Christa N. Baker
            (By) Christa N. Baker, Deputy Clerk